UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (HIM 8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 201-384-2200
Fax. 888-565-0403
HIM@lawmarcus.com
Attorney for Debtor(s)

Order Filed on January 13, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.16-33565

Adv. No.

In Re:
Ruth R Fisher,
          Debtor(s).

Hearing Date: January 11, 2017 10:30 am

Judge: Stacey L Meisel

# ORDER
### Extending the Automatic Stay as to All Creditors
### and for other relief

The relief set forth on the following pages, numbered two (2) through two(2) is hereby **ORDERED**.

**DATED: January 13, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

04/08/02

1

**(Page 2)**
Debtor: Ruth R Fisher
Case No: 16-33565
Caption of Order: Order Extending the Automatic Stay as to all creditors and for other relief

The Court having considered the motion of Debtor(s), and good cause appearing, it is

       **ORDERED** that

The Automatic Stay is hereby permanently extended against all creditors of Debtor, subject to the further Order of this Court.

Any foreclosure proceeding, litigation or collection activity, or Sheriff's Sale is hereby Stayed.