| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Harvey I. Marcus (HIM 8635)<br>250 Pehle Avenue, Suite 200<br>Saddle Brook, NJ 07663<br>Tel. 201-384-2200<br>Fax. 888-565-0403<br>HIM@lawmarcus.com<br>Attorney for Debtor(s) | <br>**Order Filed on January 13, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br>Ruth R Fisher,<br>                Debtor(s). | Case No.16-33565<br><br>Adv. No.<br><br>Hearing Date: January 11, 2017 10:30 am<br><br>Judge: Stacey L Meisel |

**ORDER**
**Extending the Automatic Stay as to All Creditors**
**and for other relief**

The relief set forth on the following pages, numbered two (2) through two(2) is hereby **ORDERED**.

**DATED: January 13, 2017**

                                                        /s/ Stacey L. Meisel
                                          Honorable Stacey L. Meisel
                                          United States Bankruptcy Judge

04/08/02

**(Page 2)**
Debtor: Ruth R Fisher
Case No: 16-33565
Caption of Order: Order Extending the Automatic Stay as to all creditors and for other relief

The Court having considered the motion of Debtor(s), and good cause appearing, it is

      **ORDERED** that

The Automatic Stay is hereby permanently extended against all creditors of Debtor, subject to the further Order of this Court.

Any foreclosure proceeding, litigation or collection activity, or Sheriff's Sale is hereby Stayed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 16-33565-SLM
Ruth R Fisher                                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin              Page 1 of 1              Date Rcvd: Jan 13, 2017
                           Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
db             +Ruth R Fisher,    PO Box 434,    East Orange, NJ 07019-0434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Harvey I. Marcus    on behalf of Debtor Ruth R Fisher him@lawmarcus.com
     Jill Manzo    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
     Marie-Ann Greenberg     magecf@magtrustee.com
     U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 5