Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−33565−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth R Fisher
   PO Box 434
   East Orange, NJ 07019

Social Security No.:
   xxx−xx−9374

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 25, 2017.

On 9/16/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  October 25, 2017
Time:                 09:00 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 19, 2017
JAN: mg

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-33565-SLM
Ruth R Fisher                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 2       Date Rcvd: Sep 19, 2017
                       Form ID: 185         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.
```
db         +Ruth R Fisher,   PO Box 434,   East Orange, NJ 07019-0434
516542928  +Fein, Such, Kahn & Shepard, PC,   7 Century Dr, Ste 201,   Parsippany, NJ 07054-4673
516745830  +New Century Financial Services, Inc.,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
             Parsippany NJ 07054-5020
516542931  +Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
516542930  +Penn Credit,   Attn:Bankruptcy,   Po Box 988,   Harrisburg, PA 17108-0988
516635209 ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
             PO Box 245,   Trenton, NJ 08695-0245)
516542933   State of New Jersey,   PO Box 245,   Trenton, NJ 08602-0245
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2017 02:27:16    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2017 02:27:13    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516762488   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2017 02:34:10
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
516776049   E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2017 02:28:33
             Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
             Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
516542927  +E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2017 02:26:59    Ditech,   Attn: Bankruptcy,
             Po Box 6172,   Rapid City, SD 57709-6172
516754844   E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2017 02:26:59
             Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
516542929  +E-mail/Text: cio.bncmail@irs.gov Sep 20 2017 02:26:47    Internal Revenue Service,
             Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
516560767  +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2017 02:27:13
             Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   Po Box 2036,
             Warren MI 48090-2036
516542932  +E-mail/Text: bankruptcy@savit.com Sep 20 2017 02:28:00    Savit Coll,   Po Box 250,
             East Brunswick, NJ 08816-0250
516654681  +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2017 02:28:14    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin               Page 2 of 2                  Date Rcvd: Sep 19, 2017
                              Form ID: 185              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Ruth R Fisher him@lawmarcus.com
              Jill  Manzo    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```