# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Ruth R. Fisher

Case No.: 16-33565 (SLM)

Hearing Date: 10/25/2017

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Judge Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Trustee's Certification of Default Filed on 9/7/17. Debtor's Certification in Opposition to Default Filed 9/16/17.

**Location of Hearing:** Courtroom No. 3A
M. L. K. Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**Date and Time:** October 25, 2017 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: September 21, 2017

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on September 21, 20 17 this notice was served on the following: Debtor, Debtor's Attorney, Trustee, and UST

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33565-SLM
Ruth R Fisher                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 21, 2017
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db           +Ruth R Fisher,   PO Box 434,    East Orange, NJ 07019-0434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Harvey I. Marcus    on behalf of Debtor Ruth R Fisher him@lawmarcus.com
           Jill   Manzo    on behalf of Creditor   DITECH FINANCIAL LLC bankruptcy@feinsuch.com
           Marie-Ann  Greenberg    magecf@magtrustee.com
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 5