## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Ruth R. Fisher | Case No.: _____16-33565 (SLM)_____<br><br>Hearing Date: _____10/25/2017_____<br><br>Chapter: _____13_____<br><br>Judge: _____Stacey L. Meisel_____ |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Judge Stacey L. Meisel_____,
United States Bankruptcy Judge.

**Reason for Hearing:**    Application for Early Termination of Loss Mitigation_____

Filed Debtor's Attorney on 9/16/2017._____

**Location of Hearing:**    Courtroom No. __3A__
M. L. K. Jr. Federal Building_____

50 Walnut Street_____

Newark, NJ 07102_____

**Date and Time:**    October 25, 2017 at 10:30 am_____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒  **ARE REQUIRED**    ☐  **ARE NOT REQUIRED**

DATE: September 21, 2017_____            JEANNE A. NAUGHTON, Clerk

By: _Robert A. Heim_____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____September 21_____, 20_17___ this notice was served on the
following: Debtor, Debtor's Attorney, Trustee, and UST

JEANNE A. NAUGHTON, Clerk

By: _Robert A. Heim_____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33565-SLM
Ruth R Fisher                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 21, 2017
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db              +Ruth R Fisher,    PO Box 434,    East Orange, NJ 07019-0434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Ruth R Fisher him@lawmarcus.com
          Jill  Manzo    on behalf of Creditor   DITECH FINANCIAL LLC bankruptcy@feinsuch.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5