| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Law Office of Harvey I Marcus (HIM8635)<br>250 Pehle Avenue, Suite 200<br>Saddle Brook, NJ 07663<br>Tel. 201-384-2200 Fax 888-565-0403<br>him@lawmarcus.com<br>Attorney for Debtor(s) | Order Filed on October 27, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>Ruth R Fisher,<br>Debtor. | Case No.:<br>Chapter:<br>Judge: | 16-33565<br>13<br>Meisel |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 27, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/25/2017_____ :

Property:    77 Arsdale Terrace, East Orange, NJ 07018

Creditor:    DiTech

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____immediately_____ .

*Revised 9/19/13*

2