UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
 Saddle Brook, NJ 07663
him@lawmarcus.com
Tel. 800-792-5500
Fax. 888-565-0403
Attorney for Debtor(s)

Order Filed on October 28, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Ruth R Fisher,

         Debtor(s).

Case No. 16-33565

Adv. No.

Hearing Date: October 23, 2019
Judge: Stacey L Meisel

# ORDER
Withdrawing as Attorney

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 28, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

04/08/02

**(Page 2)**
Debtor(s): Ruth R Fisher
Case No: 16-33565
Caption of Order: Order Withdrawing as Attorney

    Upon consideration of the request by Harvey I. Marcus Attorney for Debtor(s) for an Order authorizing him to withdraw as Attorney for Debtor(s) and good cause appearing therefore, it is hereby

    **ORDERED** that Harvey I. Marcus is authorized to withdraw as Attorney for Debtor(s) effective upon the entry of this Order.